## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Fernando Paz, et al.

                          Plaintiff,

v.                                             Case No.: 1:21−cv−06786

                                            Honorable Sharon Johnson Coleman

The Chefs' Warehouse Midwest, LLC, a/k/a The Chefs' Warehouse Mid−West LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 16, 2023:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 8/16/2023. Plaintiffs' joint motion for approval of individual settlements and dismissal of claims without prejudice [90] is granted. Case is dismissed without prejudice. Civil case terminated. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.